UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ANDRE D. LIGHTFOOT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV416-302 |
| | ) | |
| GREGORY McLAUGHLIN, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), to which objections have been filed. *See* doc. 8 (titled "traverse"). Accordingly, the R&R is **ADOPTED**, and this case is **DISMISSED** with prejudice.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of December, 2016.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA